No. 37,077

(190 P. 2d 412)

FRED HEILAND, *Appellee,* v. THE FARMERS UNION CENTRAL CO-OPERATIVE EXCHANGE, *Appellant.*

No. 37,078

HENRY W. PIEL, *Appellee,* v. THE FARMERS UNION CENTRAL CO-OPERATIVE EXCHANGE, *Appellant.*

No. 37,080

GEORGE REZAC, *Appellee,* v. THE FARMERS UNION CENTRAL CO-OPERATIVE EXCHANGE, *Appellant.*

Opinion filed March 6, 1948.

*D. C. Hill,* of Wamego, was on the briefs for the appellant.

*D. M. Sparks,* of St. Marys, and *R. H. Kaul,* of Wamego, were on the briefs for the appellees.

SMITH, J.: The judgments in the above cases are hereby affirmed upon the authority of *Stockman v. Farmers Union Central Co-operative Exchange* (No. 37,079, this day decided) *post,* p. 570.